UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID HIGGS,

    Plaintiff,

v.                            CASE NO. 3:24-cv-1080-HES-LLL

HVI STAFFING, INC., d/b/a Staff Zone,
A Foreign for Profit Corporation and
RYAN COMPANIES US, INC., a Foreign
For Profit Corporation,

    Defendants.
_____/

## ORDER

This matter is before this Court on Plaintiff's "Notice of Dismissal With Prejudice" (Dkt. 17).

Accordingly, it is **ORDERED**:

1. Based on Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's "Notice of Dismissal With Prejudice" (Dkt. 17) is **GRANTED**, and this action is **dismissed with prejudice**; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this _18th_ of September 2025.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Paul M. Botros, Esq.